### Harvey REESE v. STATE.
### No. 17363.

Court of Criminal Appeals of Texas.
March 13, 1935.

John W. Scott, of Longview, for appellant.

1118

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented.

Appellant was tried before a jury. The evidence heard in the trial court is not brought up for review.

The judgment and sentence properly condemn appellant to confinement in the penitentiary for a period of not less than one nor more than two years.

Nothing appears justifying a reversal or requiring discussion.

The judgment is affirmed.